# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER TAYLOR, | ) |
|   Plaintiff, | ) Case No. 1:21-cv-01625-RGA |
| v. | ) |
| KRATON CORPORATION, SHELLEY J. BAUSCH, KEVIN M. FOGARTY, KAREN A. TWITCHELL, DOMINIQUE FOURNIER, JOHN A. GALLAGHER, III, BILLIE I. WILLIAMSON, MARK A. BLINN, ANNA A. CATALANO, and DAN F. SMITH, | ) JURY TRIAL DEMANDED |
|   Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 28, 2022          **LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*